## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-MD-1916-MARRA

IN RE: CHIQUITA BRANDS INTERNATIONAL, INC.
ALIEN TORT STATUTE AND SHAREHOLDER DERIVATIVE LITIGATION

_____/

This Document Relates To:

ATS ACTIONS

_____/

Case No. 17-60560

Juanita PEREZ 1, *et al*.

       Plaintiffs,

v.

CHIQUITA BRANDS INTERNATIONAL, INC., *et al*

       Defendants.

_____/

      Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiffs in the captioned matter hereby

provide NOTICE of VOLUNTARY DISMISSAL without prejudice of the following Defendants

in this case only, none of whom has Answered or filed a Motion for Summary Judgement in this

matter:  Carla Hills, as the personal representative of the Estate of Roderick Hills, Robert Olson,

Robert Kistinger, William Tsacalis, Steven Warshaw, and Fernando Aguirre.

DATED: August 24, 2017           INTERNATIONAL RIGHTS ADVOCATES

                       By:  _____

                           Terrence P. Collingsworth
                           ATTORNEY FOR PLAINTIFFS